## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

George Norman Green                          :
                                             :
        v.                                   :
                                             :
Southeastern Pennsylvania                    :
Transportation Authority,                    :
                          Appellant    :      No. 65 C.D. 2015

## **O R D E R**

NOW, December 16, 2015, having considered appellee's application for reargument and appellant's response thereto, the application is denied.

DAN PELLEGRINI,
President Judge